Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4742 N 24th St. Ste. 300
Phoenix, AZ 85016
Phone: 602-598-5075
Fax: 866-241-4176
Email: tom@phoenixfreshstartbankruptcy.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>LORENA B SMITH,<br><br>                Debtor. | Chapter: 13<br><br>Case No. 2:23-bk-01720-DPC<br><br>MOTION TO VACATE ORDER OF DISMISSAL AND TO REINSTATE CASE |

    Debtors, LORENA B SMITH, move the Court to issue an order vacating dismissal of the case and reinstating the case. In support of this motion, Debtors state:

    Debtor filed a Chapter 13 bankruptcy petition on March 21, 2023.

    Debtor's case was dismissed on June 11, 2024 for failure to respond to and comply with the Trustee's recommendation.

    Debtor has submitted to the Trustee the Stipulated Order Confirming plan as of June 18, 2024.

    If the deadline(s) for filing complaints under FED.R BANKR.P. 4004(a) or 4007(c), motions under FED.R.BANKR.P. 1017(e), or proofs of claim under FED.R.BANKR.P. 3002(c) expired on or after the date the case was dismissed, or if less than thirty (30) days remains until such deadline, Debtor(s) waive the right to object to complaints, motions, or proofs of claim filed under FED.R.BANKR.P. 4004(a), 4007(c), 1017(e), and 3002(c) on grounds of timeliness, so long as they are filed in the thirty (30) days following notice of reinstatement of the case.

    WHEREFORE, Debtors request that the Court enter an order vacating the dismissal and reinstating this case, and for such other and further relief as the Court deems just and proper.

    Dated: June 25, 2024

Respectfully submitted:
/s/ Tom McAvity
Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4742 N 24 th St. Ste. 300
Phoenix, AZ 85016

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing was submitted on June 25, 2024 in the United States Bankruptcy Court for filing and transmittal of notice of electronic filing to the United States Trustee, the Chapter 7 Trustee and the ECF registrants appearing in this case.

By: */s/Tom McAvity*